UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Miranda C Woodhouse § Case No. 17-13494
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 02/02/2018 in Courtroom ,
Second Floor
Joliet City Hall Building
150 West Jefferson Street
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/11/2018                    By: /s/ Zane L. Zielinski
                                               Chapter 7 Trustee

Zane L. Zielinski, Trustee
6336 N. Cicero Avenue
Suite 201
Chicago, Illinois 60646

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Miranda C Woodhouse § Case No. 17-13494
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 40.00 |
| leaving a balance on hand of[1] | $ | 4,960.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 8.94 | $ 0.00 | $ 8.94 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,258.94 |
| Remaining Balance | $ 3,701.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,557.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | $ 11,443.47 | $ 0.00 | $ 1,158.52 |
| 2 | Wells Fargo Bank, N.A. | $ 3,244.91 | $ 0.00 | $ 328.51 |
| 3 | Presence Health | $ 847.49 | $ 0.00 | $ 85.80 |
| 4 | Capital One, N.A. | $ 1,127.92 | $ 0.00 | $ 114.19 |
| 5 | Synchrony Bank | $ 1,218.64 | $ 0.00 | $ 123.37 |
| 6 | Synchrony Bank | $ 14,383.37 | $ 0.00 | $ 1,456.16 |
| 7 | Portfolio Recovery Associates, Llc | $ 2,236.58 | $ 0.00 | $ 226.43 |
| 8 | Portfolio Recovery Associates, Llc | $ 2,055.33 | $ 0.00 | $ 208.08 |

Total to be paid to timely general unsecured creditors    $ 3,701.06

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski, Trustee*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 17-13494-PSH
Miranda C Woodhouse                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cpatterso           Page 1 of 1            Date Rcvd: Jan 12, 2018
                              Form ID: pdf006           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
db           +Miranda C Woodhouse,   24361 Edwin Drive,   Channahon, IL 60410-5212
25950303      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
25939939      Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26075495      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2018 00:59:33
               Portfolio Recovery Associates, LLC,   Successor to CITIBANK, N.A.,   (BEST BUY),   POB 41067,
               Norfolk, VA 23541
26075481      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2018 01:10:34
               Portfolio Recovery Associates, LLC,   Successor to SYNCHRONY Bank,   (WAL-MART),   POB 41067,
               Norfolk, VA 23541
25916279     +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 13 2018 00:59:19
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
25940953     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 13 2018 00:59:06       Presence Health,
               by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
26056256     +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2018 00:51:30       Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
          Firas M Abunada    on behalf of Debtor 1 Miranda C Woodhouse fmabunada@jprlaw.net
          Igor  Shleypak    on behalf of Creditor    Provident Funding & Associates, L.P.
           bknotices@potestivolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane  Zielinski, Trustee    trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com
          Zane  Zielinski, Trustee    on behalf of Trustee Zane  Zielinski, Trustee
           trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com
                                                                                             TOTAL: 5