# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In Re:                                  §
                                        §
                                        §
Miranda C Woodhouse                     §    Case No. 17-13494
                                        §
                                        §
        Debtor                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 138,810.00 *(Without deducting any secured claims)* | Assets Exempt: 21,850.00 |
| Total Distributions to Claimants: 3,701.06 | Claims Discharged Without Payment: 167,008.95 |
| Total Expenses of Administration: 1,298.94 | |

3) Total gross receipts of $ 5,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 127,462.45 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,298.94 | 1,298.94 | 1,298.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,320.39 | 36,557.71 | 36,557.71 | 3,701.06 |
| **TOTAL DISBURSEMENTS** | $ 171,782.84 | $ 37,856.65 | $ 37,856.65 | $ 5,000.00 |

4) This case was originally filed under chapter 7 on 04/28/2017 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __03/30/2018__          By:/s/Zane L. Zielinski, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Chevrolet Cavalier Mileage: 160,000 | 1129-000 | 1,000.00 |
| 2011 Mazda 3 Mileage: 57,000 | 1129-000 | 3,000.00 |
| 2012 Chrysler Town And Country Mileage: 110,000 | 1129-000 | 1,000.00 |
| TOTAL GROSS RECEIPTS | | $ 5,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial, P.O. Box 9001951 Louisville, KY 40290 | | 4,795.05 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Provident Funding, P.O. Box 5914 Santa Rosa, CA 95402 | | 122,667.40 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 127,462.45 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 8.94 | 8.94 | 8.94 |
| Associated Bank | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,298.94 | $ 1,298.94 | $ 1,298.94 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associateed Radiologists of Joliet, 39784 Treasury Center Chicago, IL 60694 | | 10.50 | NA | NA | 0.00 |
| | Associateed Radiologists of Joliet, 39784 Treasury Center Chicago, IL 60694 | | 24.50 | NA | NA | 0.00 |
| | AT&T Mobility, P.O. Box 6416 Carol Stream, IL 60197 | | 250.00 | NA | NA | 0.00 |
| | Castle Law - Attn: Sarah M. Vahey, 4696 S. Bell Road Homer Glen, IL 60491 | | 3,053.61 | NA | NA | 0.00 |
| | Creditors Discount & Audit, 415 E. Main Street P.O. Box 213 Streator, IL 61364 | | 60.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Discount & Audit, 415 E. Main Street P.O. Box 213 Streator, IL 61364 | | 13.00 | NA | NA | 0.00 |
| | Creditors Discount & Audit, 415 E. Main Street P.O. Box 213 Streator, IL 61364 | | 54.30 | NA | NA | 0.00 |
| | Direct TV, P.O. Box 5007 Carol Stream, IL 60197 | | 215.08 | NA | NA | 0.00 |
| | FCSI, P.O. Box 3910 Tupelo, MS 38803 | | 107.58 | NA | NA | 0.00 |
| | Progressive Financial Services, P.O. Box 22083 Tempe, AZ 85285 | | 1,127.92 | NA | NA | 0.00 |
| | Vision Financial Service, P.O. Box 1768 La Porte, IN 46352 | | 1,773.36 | NA | NA | 0.00 |
| 4 | Capital One, N.A. | 7100-000 | 1,127.92 | 1,127.92 | 1,127.92 | 114.19 |
| 7 | Portfolio Recovery Associates, Llc | 7100-000 | 2,236.58 | 2,236.58 | 2,236.58 | 226.43 |
| 8 | Portfolio Recovery Associates, Llc | 7100-000 | 2,055.33 | 2,055.33 | 2,055.33 | 208.08 |
| 3 | Presence Health | 7100-000 | 1,803.69 | 847.49 | 847.49 | 85.80 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 11,443.47 | 11,443.47 | 11,443.47 | 1,158.52 |
| 5 | Synchrony Bank | 7100-000 | 1,218.64 | 1,218.64 | 1,218.64 | 123.37 |
| 6 | Synchrony Bank | 7100-000 | 14,500.00 | 14,383.37 | 14,383.37 | 1,456.16 |
| 2 | Wells Fargo Bank, N.A. | 7100-000 | 3,244.91 | 3,244.91 | 3,244.91 | 328.51 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 44,320.39 | $ 36,557.71 | $ 36,557.71 | $ 3,701.06 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-13494 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Miranda C Woodhouse | | | | Date Filed (f) or Converted (c): | 04/28/2017 (f) |
| | | | | | 341(a) Meeting Date: | 06/15/2017 |
| For Period Ending: | 03/30/2018 | | | | Claims Bar Date: | 10/05/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 24361 Edwin Drive Channahon Il 60410-0000 Will | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. 2012 Chrysler Town And Country Mileage: 110,000 | 8,650.00 | 1,000.00 | | 1,000.00 | FA |
| 3. 2003 Chevrolet Cavalier Mileage: 160,000 | 675.00 | 1,000.00 | | 1,000.00 | FA |
| 4. 2011 Mazda 3 Mileage: 57,000 | 8,000.00 | 3,000.00 | | 3,000.00 | FA |
| 5. 6 Rooms Of Furniture, Appliances, Linens, Other Personalty A | 550.00 | 0.00 | | 0.00 | FA |
| 6. 2 Tvs, Computer System, Dvd Player (Est) | 300.00 | 0.00 | | 0.00 | FA |
| 7. Necessary Wearing Apparel | 450.00 | 0.00 | | 0.00 | FA |
| 8. 7 Dogs - Non-Breedable And 1 Fish | 250.00 | 0.00 | | 0.00 | FA |
| 9. Cash On Hand | 10.00 | 0.00 | | 0.00 | FA |
| 10. Chase Bank (Which Includes 2016 Income Tax Refund) | 800.00 | 0.00 | | 0.00 | FA |
| 11. Chase Bank | 1,100.00 | 0.00 | | 0.00 | FA |
| 12. Ira Held By Franklin Templeton (Est.) | 23,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $173,785.00   $5,000.00   $5,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee will liquidate the Debtor's vehicles for $5,000, review claims, and prepare the Trustee's final report.

Initial Projected Date of Final Report (TFR): 01/31/2018    Current Projected Date of Final Report (TFR): 01/31/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-13494 | Trustee Name: | Zane L. Zielinski, Trustee | |
| Case Name: | Miranda C Woodhouse | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX1767 | |
| | | | Checking | |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 03/30/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/19/17 | | Chase Cashier's Check Miranda C. Woodhouse Payment | Settlement Payment | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts $5,000.00 | | | | |
| | 2 | | 2012 Chrysler Town And Country Mileage: 110,000 $1,000.00 | 1129-000 | | | |
| | 3 | | 2003 Chevrolet Cavalier Mileage: 160,000 $1,000.00 | 1129-000 | | | |
| | 4 | | 2011 Mazda 3 Mileage: 57,000 $3,000.00 | 1129-000 | | | |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,960.00 |
| 02/10/18 | 5001 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $1,258.94 | $3,701.06 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,250.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($8.94) | 2200-000 | | | |
| 02/10/18 | 5002 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 1 representing a payment of 10.12 % per court order. | 7100-000 | | $1,158.52 | $2,542.54 |

Page Subtotals: $5,000.00    $2,457.46

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-13494 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Miranda C Woodhouse | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1767 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/10/18 | 5003 | Wells Fargo Bank, N.A.<br>Po Box 10438, Mac F8235-02F<br>Des Moines, Ia 50306-0438 | Final distribution to claim 2 representing a payment of 10.12 % per court order. | 7100-000 | | $328.51 | $2,214.03 |
| 02/10/18 | 5004 | Presence Health<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 3 representing a payment of 10.12 % per court order. | 7100-000 | | $85.80 | $2,128.23 |
| 02/10/18 | 5005 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 4 representing a payment of 10.12 % per court order. | 7100-000 | | $114.19 | $2,014.04 |
| 02/10/18 | 5006 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Distribution | | | $1,579.53 | $434.51 |
| | | Synchrony Bank | Final distribution to claim 5 representing a payment of 10.12 % per court order. ($123.37) | 7100-000 | | | |
| | | Synchrony Bank | Final distribution to claim 6 representing a payment of 10.12 % per court order. ($1,456.16) | 7100-000 | | | |
| 02/10/18 | 5007 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank (Wal-Mart)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 7 representing a payment of 10.12 % per court order. | 7100-000 | | $226.43 | $208.08 |
| 02/10/18 | 5008 | Portfolio Recovery Associates, Llc<br>Successor To Citibank, N.A. (Best Buy)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 8 representing a payment of 10.12 % per court order. | 7100-000 | | $208.08 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |
| Page Subtotals: | $0.00 | $2,542.54 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1767 - Checking | $5,000.00 | $5,000.00 | $0.00 |
|  | $5,000.00 | $5,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*